AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Jemol Hamilton Brown,<br>*Plaintiff*<br>v.<br>Warden Cecillia Reynolds, Lee C.I.; Nurse G. Stokes, Lee C.I. Medical Department,<br>*Defendants* | Civil Action No.   0:15-cv-01186-MBS |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Jemol Hamilton Brown, shall take nothing of the defendants, Warden Cecillia Reynolds; Nurse G. Stokes, and this action is dismissed with prejudice for failure to prosecute.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, United States District Judge, presiding, accepting the Report and Recommendations set forth by the Honorable Paige J. Gossett, United States Magistrate Judge which recommended the action be dismissed for failure to prosecute.

Date:   January 15, 2016                                                     *ROBIN L. BLUME, CLERK OF COURT*

                                                                                              s/M. Walker
                                                                              *Signature of Clerk or Deputy Clerk*